CLAYEO C. ARNOLD, ESQ. (SBN 65070)
JOHN T. STRALEN, ESQ. (SBN) 171227)
**CLAYEO C. ARNOLD**
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-Mail: carnold@justice4you.com

Attorney for Plaintiffs

Gordon W. Bowley (SBN 187624)
**POWERS MILLER**
A Professional Corporation
2180 Harvard Street, Suite 200
Sacramento, California 95815
Telephone No. (916) 924-7900
Facsimile No. (916) 924-7980
E-Mail: gwb@powersmiller.com

Attorney for LAWRENCE S. YOAKUM
On the Counter-Claim

JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California  95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698
E-Mail: jpc@bwg-inc.com

Attorneys for Michelle A. Perysian and
Van Eerden Trucking Company, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. YOAKUM, DANIELLE YOAKUM, SHELBY A. YOAKUM, <br><br>Plaintiffs, <br><br>v. <br><br>MICHELLE A. PERYSIAN, VAN EERDEN TRUCKING COMPANY, INC. and DOES 1 through 25, inclusive. | CASE NO.: 2:15-CV-02508-MCE-AC <br><br> **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Defendants
_____

VAN EERDEN TRUCKING COMPANY, INC.,

   Counter-Claimant,

v.

LAWRENCE S. YOAKUM,

   Plaintiff.

  ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate Judge Edmund F. Brennan on September 15, 2016 at 10:00 a.m. be continued and rescheduled to Thursday, ~~November 10, 2016~~ February 16, 2017 at 10:00 a.m.

  Good cause exists for this continuance: The parties are presently attempting to complete depositions of the principal parties involved, plaintiff Lawrence Yoakum and out-of-state defendant Michelle Perysian. Michelle Perysian's deposition currently is scheduled for September 29, 2016 and the deposition of plaintiff Lawrence Yoakum is set for September 7, 2016. Furthermore, the depositions of plaintiffs Danielle Yoakum and Shelby Yoakum were taken on September 2, 2016. The parties need additional time to complete their discovery on both liability and damages issues in order for plaintiffs and defendant's principal to be prepared for meaningful settlement discussions. Presently, the discovery cutoff date is October 17, 2016, with expert disclosures due on December 16, 2016. A November date for a settlement conference will allow the parties to exchange critical information on the amounts of special damages incurred as well as critical facts on the liability issues.

  The parties will submit confidential settlement-conference statements as directed in the original Scheduling Order to Judge Brennan's chambers on or before Thursday, ~~November 3, 2016~~ February 9, 2017 (one week before the conference).

1  SO STIPULATED.

2  DATED: September __6__, 2016           BOLLING & GAWTHROP

4                                          By:   /s/ John P Coleman
                                                John P. Coleman, Esq.

5  DATED: September __6__, 2016           CLAYEO C. ARNOLD

8                                          By:   /s/ John Stralen
                                                John T. Stralen

10 DATED: September __6__, 2016           POWERS & MILLER

12                                         By:   /s/ Gordon W. Bowley
                                                Gordon W. Bowley Esq.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The settlement conference scheduled for Thursday, September 16, 2016 at 10:00 a.m. is continued to Thursday, ~~November 10, 2016~~ February 16, 2017 at 10:00 a.m. The parties will submit confidential settlement-conference statements to Judge Brennan's chambers on or before Thursday, ~~November 10, 2016~~ February 9, 2017.

DATED: September 7, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE