JOHN T. STRALEN (SBN 171227)
**CLAYEO C. ARNOLD**
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone:  (916) 924-3100
Facsimile:  (916) 924-1829
E-Mail:  carnold@justice4you.com

Attorney for Plaintiffs

Gordon W. Bowley  (SBN 187624)
**POWERS MILLER**
A Professional Corporation
2180 Harvard Street, Suite 200
Sacramento, California 95815
Telephone No. (916) 924-7900
Facsimile No. (916) 924-7980
E-Mail:  gwb@powersmiller.com

Attorney for LAWRENCE S. YOAKUM
On the Counter-Claim

JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California   95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698
E-Mail:  jpc@bwg-inc.com

Attorneys for Michelle A. Perysian and
Van Eerden Trucking Company, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. YOAKUM, DANIELLE YOAKUM, SHELBY A. YOAKUM,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE A. PERYSIAN, VAN EERDEN TRUCKING COMPANY, INC. and DOES 1 through 25, inclusive,<br><br>Defendants | CASE NO.:  2:15-cv-02508-MCE-AC<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE EXPERT DISCLOSURES** |

VAN EERDEN TRUCKING COMPANY, INC.,

    Counter-Claimant,

v.

LAWRENCE S. YOAKUM,

    Plaintiff.

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THIS COURT TO ORDER, THAT the disclosure of expert witnesses currently scheduled for December 16, 2016 be continued and rescheduled to February 1, 2017.

Good cause exists for this continuance: The parties are have agreed to participate in a private mediation and wish to have the mediation before expert disclosures are due to reduce the parties' costs at the time of the mediation.

SO STIPULATED.

DATED: November 29, 2016    BOLLING & GAWTHROP

By: _____/S/_____

John P. Coleman

SBN 60844

DATED: November 29, 2016    CLAYEO C. ARNOLD

By: _____/S/_____

John T. Stralen

SBN 171227

DATED:  November 29, 2016          POWERS & MILLER

By: _____/S/_____

Gordon W. Bowley

SBN 187624

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the disclosure of expert witnesses currently scheduled for December 16, 2016 is continued and rescheduled to February 1, 2017.

IT IS SO ORDERED.

**Dated:  December 7, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE