1  JOHN T. STRALEN (SBN 171227)
   **CLAYEO C. ARNOLD**
2  A Professional Corporation
   865 Howe Avenue
3  Sacramento, CA 95825
   Telephone:  (916) 924-3100
   Facsimile:  (916) 924-1829
4  E-Mail:  jstralen@justice4you.com

5  Attorney for Plaintiffs

6  Gordon W. Bowley  (SBN 187624)
   **POWERS MILLER**
7  A Professional Corporation
   2180 Harvard Street, Suite 200
8  Sacramento, California 95815
   Telephone No. (916) 924-7900
9  Facsimile No. (916) 924-7980
   E-Mail:  gwb@powersmiller.com
10
   Attorney for LAWRENCE S. YOAKUM
11 On the Counter-Claim

12
   JOHN P. COLEMAN, SBN 60844
13 **BOLLING & GAWTHROP**
   A Professional Corporation
14 8880 Cal Center Drive, Suite 190
   Sacramento, California   95826
15 Telephone:  (916) 369-0777
   Facsimile:  (916) 369-2698
16 E-Mail:  jpc@bwg-inc.com

17
   Attorneys for Michelle A. Perysian and
18 Van Eerden Trucking Company, Inc

19
                    UNITED STATES DISTRICT COURT
20
                    EASTERN DISTRICT OF CALIFORNIA
21

22
23 | LAWRENCE S. YOAKUM, DANIELLE YOAKUM, SHELBY A. YOAKUM, | CASE NO.:  2:15-cv-02508-MCE-AC |
24 |                Plaintiffs, | |
25 | v. | **AMENDED JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURES** |
26 | MICHELLE A. PERYSIAN, VAN EERDEN TRUCKING COMPANY, INC. | |
27 | and DOES 1 through 25, inclusive, | |
28 |                Defendants | |

**Clayeo C. Arnold**
*A Professional Corporation*

1  VAN EERDEN TRUCKING COMPANY, INC.,

2          Counter-Claimant,

3  v.

4  LAWRENCE S. YOAKUM,

5          Plaintiff.

6

7          ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY

8  STIPULATE AND REQUEST THIS COURT TO ORDER, THAT the disclosure of expert

9  witnesses currently scheduled for December 16, 2016 be continued and rescheduled to March 1,

10  2017.

11          Good cause exists for this continuance:  The parties are have agreed to participate in a

12  private mediation and wish to have the mediation before expert disclosures are due to reduce the

13  parties' costs at the time of the mediation.

14          SO STIPULATED.

15  DATED:  December 7, 2016          BOLLING & GAWTHROP

16

17          By:  ___/S/    John P. Coleman_____

18          John P. Coleman

19          SBN 60844

20

21  DATED:  December 7, 2016          CLAYEO C. ARNOLD

22

23

24

25          By:  ___/S/    John T. Stralen_____

26          John T. Stralen

27          SBN 171227

28

1   DATED:  December 7, 2016                     POWERS & MILLER

2

3

4                                               By:   /S/   Gordon W. Bowley

5                                                     Gordon W. Bowley

6                                                     SBN 187624

7                                            **ORDER**

8

9          In accordance with the foregoing stipulation, and good cause appearing, the disclosure of

10  expert witnesses currently scheduled for December 16, 2016 is continued and rescheduled to

11  March 1, 2017.  All other dates and deadlines, as set forth in the Court's Pretrial Scheduling Order

12  and Supplemental Pretrial Scheduling Order (ECF Nos. 6 and 13) remain in full force and effect.

13         **IT IS SO ORDERED.**

14  Dated:  January 9, 2017

15

16                                            MORRISON C. ENGLAND, JR

17                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**Clayeo C. Arnold**
*A Professional*
*Corporation*

AMENDED JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE