1  CLAYEO C. ARNOLD, ESQ. (SBN 65070)
   JOHN T. STRALEN, ESQ. (SBN) 171227)
2  **CLAYEO C. ARNOLD**
   A Professional Corporation
3  865 Howe Avenue
   Sacramento, CA 95825
4  Telephone:  (916) 924-3100
   Facsimile:  (916) 924-1829
5  E-Mail:  carnold@justice4you.com

6  Attorney for Plaintiffs

7  Gordon W. Bowley  (SBN 187624)
   **POWERS MILLER**
8  A Professional Corporation
   2180 Harvard Street, Suite 200
9  Sacramento, California 95815
   Telephone No. (916) 924-7900
10 Facsimile No. (916) 924-7980
   E-Mail:  gwb@powersmiller.com
11
   Attorney for LAWRENCE S. YOAKUM
12 On the Counter-Claim

13
   JOHN P. COLEMAN, SBN 60844
14 **BOLLING & GAWTHROP**
   A Professional Corporation
15 8880 Cal Center Drive, Suite 190
   Sacramento, California   95826
16 Telephone:  (916) 369-0777
   Facsimile:  (916) 369-2698
17 E-Mail:  jpc@bwg-inc.com

18
   Attorneys for Michelle A. Perysian and
19 Van Eerden Trucking Company, Inc

20

21                    UNITED STATES DISTRICT COURT

22                    EASTERN DISTRICT OF CALIFORNIA

23

| 24 | LAWRENCE S. YOAKUM, DANIELLE YOAKUM, SHELBY A. YOAKUM, | CASE NO.:  2:15-cv-02508-MCE-AC |
|---|---|---|
| 25 | Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| 26 | v. | |
| 27 | MICHELLE A. PERYSIAN, VAN EERDEN TRUCKING COMPANY, INC. and DOES 1 through 25, inclusive. | |

|   |   |
|---|---|
| | Defendants |
| VAN EERDEN TRUCKING COMPANY, INC., | |
| | Counter-Claimant, |
| v. | |
| LAWRENCE S. YOAKUM, | |
| | Plaintiff. |

1. WHEREAS, plaintiffs Lawrence S. Yoakum, Danielle Yoakum and Shelby A. Yoakum have agreed to dismiss this action in its entirety with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

2. WHEREAS, the parties to this action have duly executed a Settlement Agreement and Full Release of all Claims; and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs and attorney's fees in this matter;

4. WHEREAS, notice of settlement was duly filed with this Court (Doc. No. 17), pursuant to Local Rule 160 and 272 and the Court issued its Minute Order providing that dispositional documents are to be filed on or before March 15, 2017 (Minute Order, Doc. No. 18);

5. WHEREAS, plaintiffs erroneously filed on March 7, 2017, a Notice of Dismissal without prejudice (Doc. No. 19);

6. The parties to this action agree and hereby stipulate, through their respective attorneys, that plaintiffs and counter-claimant dismiss their actions in their entirety with prejudice, each side bearing its own costs.

DATED: March 8, 2016                    BOLLING & GAWTHROP

                                        By:   /s/ John P Coleman
                                              John P. Coleman, Esq.

DATED: March 8, 2016                CLAYEO C. ARNOLD

                                    By:  /s/ John Stralen
                                          John T. Stralen

DATED: March 8, 2016                POWERS & MILLER

                                    By:  /s/ Gordon W. Bowley
                                          Gordon W. Bowley Esq.

## ORDER

Having considered the foregoing stipulation of the parties, and good cause appearing, the above entitled action is hereby dismissed, with prejudice, each side to bear its own costs. The having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**Dated: March 13, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE